IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY MAKUSKI,

        Plaintiff,                                    JUDGMENT IN A CIVIL CASE

       v.                                           Case No. 14-cv-197-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

     This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Anthony Makuski against defendant Carolyn W. Colvin reversing the Commissioner's decision denying plaintiff's application for disability benefits and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).


        _____s/ A. Wiseman, Deputy Clerk_____        _____June 26, 2015_____
                 Peter Oppeneer, Clerk of Court                             Date